UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STEVEN SARGENT, | Civil Action No. 0:18-cv-02697-ECT-BRT |
| Mr. Sargent, | **COMPLAINT WITHDRAWAL AND NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ARCTIC GLACIER, U.S.A., INC. | |
| Defendant. | |

**PLEASE TAKE NOTICE,** that Plaintiff Steven Sargent withdraws his Complaint and that the within matter be and is hereby dismissed as to all parties with prejudice and without costs or fees to any party.

**MID-MINNESOTA LEGAL AID**
**MINNESOTA DISABILITY LAW CENTER**
*Attorneys for Mr. Sargent*

By: _/s/ Kristina Petronko_
Kristina Petronko, MN Bar No. 398498
Justin H. Perl, MN Bar No. 151397
430 First Avenue North, Suite 300
Minneapolis, MN 55401-1780
Telephone/Facsimile: (612) 746-3733
kpetronko@mylegalaid.org

Dated: January 9, 2019

1806-0477368-2136264.docx